IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JUUL LABS, INC., a Delaware corporation, Plaintiff, v. FLI HIGH, LLC, an Ohio limited liability company, Defendant. | CASE NO.: 1:21-cv-00872<br><br>JUDGE: James Gwin |

**MOTION OF PLAINTIFF JUUL LABS, INC. FOR PROPOSED JUDGMENT ENTRY**

Plaintiff JUUL Labs, Inc., through counsel, hereby moves this Court to enter judgment against Defendant Fli High, LLC in the form proposed and attached as Exhibit 1. The proposed entry is in light of the Court's Opinion granting Plaintiff's motion for default judgment on August 17, 2021 (Doc.#16).

August 19, 2021

Respectfully submitted,

s/Lloyd Pierre-Louis
Lloyd Pierre-Louis (0068086)
Dickinson Wright PLLC
150 E. Gay Street, Suite 2400
Columbus, OH 43215
(614) 591-5490, T
(844) 670-6009, F
Lpierre-louis@dickinsonwright.com
*Counsel for Plaintiff, JUUL Labs, Inc.*

4814-4536-3191 v1 [94519-6]